# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KATHLEEN LORRAINE WING                                                                    PLAINTIFF

v.                                          No. 4:15CV00040 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

On July 18, 2016, United States Magistrate Judge J. Thomas Ray issued proposed findings and recommended disposition in which he recommended that the Court deny Kathleen Lorraine Wing's request for relief and affirm the decision of the Commissioner of the Social Security Administration to deny Wing's claim for disability benefits.  No objections have been filed.  The Court adopts the proposed findings and recommended disposition as the findings and disposition of this Court.  Kathleen Lorraine Wing's complaint is dismissed with prejudice.  The decision of the Commissioner of the Social Security Administration to deny Kathleen Lorraine Wing's application for disability benefits is affirmed.

IT IS SO ORDERED this 19th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE