**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KATHLEEN LORRAINE WING                                                    PLAINTIFF

v.                                        No. 4:15CV00040 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the complaint of Kathleen Lorraine Wing is

dismissed with prejudice.  The decision of the Commissioner of the Social Security Administration

to deny Kathleen Lorraine Wing's application for disability benefits is affirmed.

IT IS SO ORDERED this 19th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE